THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of Dion M., a minor under
 the age of seventeen (17), Appellant.
 
 
 

Appeal From Edgefield County
Richard W. Chewning, III, Family Court
 Judge
Unpublished Opinion No. 2009-UP-034
Submitted January 2, 2009  Filed January
 14, 2009 
DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General William M. Blitch, Jr., all of Columbia; and Solicitor Donald
 V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Dion
 M. appeals from the family courts order finding him delinquent of criminal sexual conduct with a minor, second-degree,
 and ordering him committed for an evaluation.  
An
 order adjudicating a juvenile to be a delinquent is not immediately appealable.
  Instead, an appeal may only be taken after the imposition of final judgment at
 the dispositional hearing.  In the Interest of Lorenzo B., 307 S.C.
 439, 439, 415 S.E.2d 795, 795 (1992) (citing Ex parte Murray, 261 S.C.
 255, 199 S.E.2d 718 (1973)).  Where the family court finds a minor guilty as a
 matter of law, but withholds sentencing, [t]his Court is confined to the
 consideration of questions presented after final judgment has been rendered.  The
 appellant has never been sentenced and until he is sentenced there is no final
 judgment.  Ex parte Murray, 261 S.C. at 256, 199 S.E.2d at 718. 
Accordingly,
 we find this appeal is premature, and it is dismissed without prejudice to Dion
 M.s right to appeal from the family courts dispositional hearing.  
DISMISSED. [1]
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.